

**Bainton Lynch**
ATTORNEYS AT LAW LLP

J. Joseph Bainton
*Partner*
Bainton@BaintonLynch.com

767 Third Avenue, 7th Floor
New York, NY 10017
*p* 212.201.5705
*c* 917.612.8544
*f* 212.704.8330

*w* BaintonLynch.com

December 16, 2014

**Via ECF**

Hon. Mark Falk
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re: Howard Rubinsky v. Ahmed Zayat, a/k/a Ephram Zayat
          Civil Action No. 14-1540 (WJM)(MF)

Dear Judge Falk:

    We are the attorneys for Plaintiff.  Today another *Touhy* problem arose that I probably should have anticipated.  Since we are meeting tomorrow to, among other things, discuss scheduling, I am sending the attachments to this letter to provide all concerned with the best advance notice I can provide under the circumstances.  I believe the attachments to be self-explanatory.

    With best regards, I am,

                                         Respectfully yours,

                                         J. Joseph Bainton

cc: All Counsel (via ECF)

New York City | Nassau County | East Hampton